Case No. 15-588L. John Douglas Croley v. Joint Committee on Judicial Administration. Ms. El-Khoury for the meeting to arrive. Mr. Daniel for the operator. Ms. El-Khoury. May it please the Court, my name is Adele El-Khoury and I am counsel for Court-Appointed Amicus. I'd like to reserve four minutes for rebuttal. The District Court erred in sua fonte dismissing Mr. Croley's complaint on Rooker-Feldman grounds. Rooker-Feldman applies in only one situation, a case brought by a state court loser complaining of injuries caused by a state court judgment and seeking a federal court to review and overturn that judgment. I cannot apply here because Mr. Croley is not challenging an adverse judgment at the D.C. court and any relief he might get in this suit would not affect a judgment at the D.C. court. Counsel, just to start right at the beginning of any lawsuit, what are your injuries in fact for standing purposes? He's complaining that he was denied accommodation under, that he was entitled to under Title II of the ADA. Specifically? That he was not given enlargement of time. Enlargement of time. And that he was not directed to clear policies and procedures when he was trying to navigate the court system. No, no, no, specifically what was the injury? I saw enlargement of time, what else? Well, the other injury Your Honor, is that he called the court, this is what he alleges, he called the court administration and complained that he wasn't being given disability accommodations and rather than directing him to those procedures. What specifically was he injured by? He was injured by the fact that they couldn't direct him to any procedures. No, I saw, excuse me, I'm still trying to get the injuries, I saw enlargement of time, what else happened? Well, Your Honor, I guess I'm not completely understanding what you're asking. In any case, for standing purposes, you have to point to injury in fact. I'm trying to get clear what are your injury in fact. One was the denial of enlargement of time. I understand that, that's an injury is that he was not sent to the court's procedures, which the court was legally required to have. I don't know what you mean, sent to procedures for what? I mean, you have to have some specific For accommodating his disability. What specific accommodation? Whether it's, oh, I see what Your Honor is saying. So whether it's that he should have gotten a lawyer because of his disability or should have been granted some other special accommodation. But I'm trying to find out what injury he had. If there was no reason to accommodate him, then there wouldn't be an injury. What was the injury? Well, he's a severely disabled. Ma'am, I understand that. Specifically injury in fact, you said enlargement of time. What was the next one? Your Honor, he did not You know, for standing purposes, you have to point to And his other injury is that he didn't receive his money for 13 years after he should have. I understand that. He didn't receive money, okay, for 14 years. That's the second one. Anything else? No, Your Honor. So he was denied enlargement of time and he didn't receive money for over 14 years. I understood that there's both. Are there any other injuries in fact? I think that those are the core of his claim. Okay. Now the problem I have with that is wasn't there a judicial ruling on both those issues? No, Your Honor. So what Didn't the district judge deny him enlargement of time? Excuse me, Superior Court judge. In one instance, he was denied an enlargement of time, Your Honor. That's the one you're That is correct, Your Honor. Okay, so why isn't that a judicial ruling under Walker-Feldman or judicial immunity? Yes, Your Honor, because his claim is that he has standing based on his injury, but what the injury showed him is that the court didn't have the proper procedures in place. He shouldn't have to request through litigation each and every time each accommodation that he needs. What he is saying is that the court administration should have If the judge had granted him enlargement of time, he would not have had an injury on that case, right? Well, he still would have not received his money for 13 years. Okay, that's right. So the second one is if the judge had granted him the money early on, he wouldn't have been injured, right? Well, he might still allege, I don't want to speculate too much about what he would allege in that situation, but in that hypothetical, he might still allege that I'm just a simple judge, and when there was a party before me, I looked to see what was the injury, and injury in fact first, and what's troubling me now about this is that the injuries in fact that you refer to are all decisions of the superior court judge or that could have been brought to the court of appeals. But they're not decisions of the superior court judge, Judge Silverman. I would respectfully disagree with that. What he's saying is that had there been procedures in place or perhaps with the lack of procedures, he would not have had to litigate on every occasion getting an enlargement of time or getting counsel as a disabled litigant or even having to go back to the court and request the funds. Suppose your agency that you're challenging, the administration of the courts group, had decided that you know what, all disabled people are different, and it's impossible to come up with a rule that would apply to everyone. So our rule would be district and superior court judges and court of appeals judges should be sensitive to the needs of those accommodations they need. Would that be legal? That might be right, Judge Silverman, but that's a question that goes to the merits and doesn't affect Ricker-Feldman. Well, but it also goes to the speculativeness of the injury. Yes, Your Honor, but again... Or the remedy you're seeking. In other words, you're caught between the devil and the deep blue sea, aren't you? Well, Your Honor, respectfully again, I disagree. I think the injuries that we're talking about, they aren't just that one enlargement of time. What he has alleged is that throughout this 2002 to 2014 period, he was on the phone with the D.C. court administration system saying, these are funds that are owed to me, where are they? Someone at the court told him they went to the Office of Unclaimed Funds. We see in the court docket that there was an entry saying they went to the U.S. Treasury. So this money is being moved around and he's complaining of those injuries as well. So it's not just that he incidentally had to... He could have appealed to the Court of Appeals with respect to the property question, couldn't he? No, Your Honor. So this is an entirely different lawsuit against a different defendant. He was still litigating his tort suit against the RNC and a private security guard. So even in 2014, this was a 13-year-long lawsuit, but the judgment had been entered in 2002. The District of Columbia and the Joint Committee were not defendants to that lawsuit, and he had a completely separate, different claim. He was alleging a different injury. His initial injury had been... Are you saying he had no process available to the Court of Appeals in the District of Columbia? Not for these particular claims, Your Honor. Which claims? The claims about the property? Yes, the federal claims that he's raising in this District of Columbia. The claims for the property? The fact that the property was sitting there over a million dollars for 14 years? Correct. And he never appealed that? Well, there was nothing to appeal, Your Honor. Well, he asked the judge for an order on that, didn't he? He had... Oh, wait. Yes. In 2008, he asked the judge for an order, but... And the judge sort of plumpered on it, so why didn't he appeal? That's right, Judge Silverman, but... Now, that goes to your due process question. It goes to the due process question because he's alleging that he shouldn't have had to ask for that court order. With the proper procedures in place, there was a court order in 2002 under which he should have been given his funds, and... Yes, but whenever we look at a due process question, the issue is whether or not the plaintiff had process. Is it, for one reason or another, he or she didn't use? And in this case, he had process? Well, Your Honor, he's alleging that he didn't have process, and so... You mean the Supreme Court of the... What is it? The Court of Appeals in the District of Columbia hates him? They won't listen to him? No, I mean the... No, Your Honor. So what he's saying is that when he was debating back and forth with the court administratively, when the funds were undisputed and sitting in the court registry, he called and said, where are my funds? And they told him, oh, we sent them to the Office of Unplanned Funds. He went there. They weren't there. There's a DACA entry showing they were also sent to the U.S. Treasury and then voided on deliverable. And so what he is challenging here, and this is what's important for Rooker-Feldman purposes, is the procedures or lack of procedures in place by an administrative entity. The fact that he also litigated related issues in his tort litigation is on a bar for Rooker-Feldman purposes. And this court has made that clear, and the Supreme Court has made that clear. It's not a Rooker-Feldman issue. There might be other issues that come into play later, whether it's preclusion, but for Rooker-Feldman purposes, you have to be asking the federal court to overturn a judgment of the D.C. Court. And his judgment was entered in 2000. His money was owed to him in 2002. No one disputes this now. And so, just for purposes of the Rooker-Feldman question, that's not – the fact that he could have raised this in the Court of Appeals is not a bar. I take Judge Sullivan's point that – But it's also a judicial immunity problem. No, Your Honor, it's not a judicial immunity problem because he's suing the Joint Committee as an administrative entity. And – The way the court system operated in this case is truly shameful. There's no question about that. If that was the issue before us, you would win. I would agree it was shameful. Your Honor, I would just say, yes, it was shameful. But again, he's raising here federal claims in an entirely distinct lawsuit. The sweeping sua fonte Rooker-Feldman ruling was wrong. That is a very narrow doctrine, as this Court has said. He's not challenging any judgment of the D.C. Court. And if he were to get relief in the form of compensatory damages here, it would not affect any judgment that he got. Under – this is really to go to the merits, but under D.C. unclaimed property law, is he not entitled to the time value of the money that he was deprived? And he hasn't received that, has he? He has not, Judge Pillard. And in fact, the 14 years – his judgment included a 6 percent interest – annual interest component. And the defendants were permitted to pay the money into the court registry in 2002. It stopped getting – he stopped getting interest at that point on the money. And so it's about a million dollars' worth of interest between 2002 and 2014 when it finally – And that case – that issue could go to the Supreme Court of – excuse me, the Court of Appeals too, but – But, Your Honor – It could, couldn't it, huh? Truthfully, I'm not sure, Your Honor. You haven't looked at it? That's important for repropellment purposes because he – the District of Columbia was not a defendant for purposes of that lawsuit. He would have to amend tort litigation against the RNC to add a totally different defendant for a totally different claim that had nothing to do with the substance of his litigation in the Superior Court and in the Court of Appeals in his court. I realize it's actually a third litigation, I assume, but I just wondered whether he has pursued – and this may relate to the merits of the due process claim – whether he has pursued a claim under the Abandoned Property Law, which basically, as I understand it – I recognize it hasn't been briefed – but says, you know, if the district is holding your property, when you get it back, that you're entitled to the time value of that money. That's right, Judge Pillar. And I'm – to my knowledge, he has not pursued that. I – the federal court could exercise supplemental jurisdiction over that claim because it's sort of the same core of his federal constitutional due process claim. And if he were to recover under that, that – I mean, I'm curious about following up on Judge Silverman's questions, the measure of his damages. I assume the – you know, the having no procedures for getting him his award promptly, the measure of the damages would be that time value of money. I think that would be the most reasonable calculation. It's a little bit speculative because we would be thinking about compensatory damages, and that can encompass a lot of things. There's actual loss to the plaintiff. It can also encompass emotional distress. You know, these aren't things that we know right now it would be a question to go to the jury, but – Who owes him for the time value of the money? The joint committee or the district. The District of Columbia? Yes. The District of Columbia owes him for the time value of the money because – That's what he's alleging. He alleges that's his injury? He's alleging – yes, he alleges that's his injury, that he didn't receive his money for – But I didn't see that he had demanded the time value of the money. Oh, he doesn't say that specifically. You didn't? No, no, no. But he does say damages as this court would see fit. And, you know, he's a pro se plaintiff. I think reading the complaint more than fairly, he's pleaded for all types of damages. So if we were – if we were to prevail, if you were in this court or the district court below, there would be an order from this court to the District of Columbia, to the mayor, was it, with paying him the time value of money? No, I'm not sure exactly what form it would take, but if you were to prevail – Well, who would vet the District of Columbia? So you're talking about the government of the District of Columbia would have to pay him the time value of money? In the form of compensatory damages, if that's the calculation that the court determined was the correct one. He's entitled to compensatory damages for both his Title II claims and his 1983 claims. And so, you know, whether you think about it as compensatory damages under those claims or perhaps the time value of money under the D.C. Unclaimed Funds Law, that's what it turns out to be. But he never sought that in the court of appeals? Because it was entirely separate litigation, Judge Silverman. Well, he could have brought such a suit, right? He could have, but that's not a bar for Underworker Feldman. It isn't a bar for other concepts. I mean, so the district court – no one has really briefed concepts like preclusion, and there's sort of a few paragraphs here on this minimal briefing. But the question would be, you know, whether he could have – the district was not a defendant, so issue preclusion wouldn't be a problem. So as I understand it, once the RNC paid, the original defendant paid to the D.C. Superior Court. And at that point, any appeal in that case is sort of ineffectual for purposes of getting the time value of that money from that point until the ultimate payment 14, 15 years later, right? Exactly. So it's a different defendant that has caused the delay from the defendant that – with the judgment. Quite true, quite true. But your client could have brought a mandamus against the trial judge, right? But that, again, is not a Rooker-Feldman problem. I know it's not a Rooker-Feldman problem, but why isn't it precluded for a whole host of other reasons? Well, he could have – It eliminates your due process claim, doesn't it? No, not necessarily, Your Honor, because – But you have process. You could have brought a mandamus. And I can't imagine the Supreme Court – excuse me – the Court of Appeals of the District of Columbia not granting relief immediately. Well, on the merits, Your Honor – Your client. On the merits, Judge Silverman – and this does, I think, go to the merits – I would Well, no, this goes to your due process claim. Yes, the merits of the due process claim. Yes. So what I'm saying is the – and this is cited in our brief, Jones v. Flowers, the Supreme Court has said there might be additional process required. Even if you have a process in place to alert someone that their property is going to be taken or held by the government, if you get, for example, a receipt back saying this was undeliverable, then you have to take additional measures for due process purposes to make sure that that person has noticed that that's happening. And there's no indication in the record that that happened here. We just have the one docket entry – it's in our appendix at page 88 – saying that these funds were transferred to the U.S. Treasury voided undeliverable. And that wasn't per any court order or any judgment of a court. And as Judge Pillard said earlier, that litigation substantively had concluded, and the court had permitted those defendants to place the money into the court register. No, I agree you don't have a cause of action against the defendants in that original case. Okay, now I have some questions. So I'm trying to figure out which are the claims. I think you've done a, in some ways, creative job in reformulating, which is part of the job with respect to a pro se claimant. But I need to figure out sort of which claims are actually being made here in order to make a determination about the fulfillment. So with respect to the property taking claims, however they would be characterized, due process, any of those arguments. So as I'm following the docket entries, the money is ordered into the registry of the court because there is an attorney's lien, right? Correct. So that, you're not challenging that. That's a judgment of a court, Judge Winstead, right? He's not challenging that. So the next thing that happens is, in 2001, the attorney's lien is granted in part. And then the next thing that happens is in 2002, is the motion for authority to deposit judgment proceedings. The defendant's permitted to put it in there because the defendant, I guess, didn't want to be fighting about who gets the money, right? That's correct. So that's a judgment of a court, Judge Weber. And so that is where fulfillment barred, if you were to challenge that particular event, right? Right. That's not where he's challenging it yet. All right. So now the next thing that I see happening is, in 2002, they're permitted to At some point here, the lawyers get the money, right? Yes. And that's also by a judgment of the court. So Mr. Crowley filed a motion to disburse the money that was in the court registry once the litigation over the attorney's lien had concluded. The court granted that motion. And then the court issued a check to the attorney. Which entry is that? It's on page 88, and it's on April 2002. I'm sorry, page 87 at the very bottom, a February 2002 entry, and then going over onto page 88, the April 2002 entry. But that's just the distribution of the money pursuant to the attorney's lien. Well, I think because Mr. Crowley filed the motion, it's a little bit unclear how it's disbursed funds that are in the court registry. In the amount of $115,000. That's what the court orders the registry to put out, right? Right. I think Mr. Crowley's motion was requesting, Fairly Read was requesting disbursement of the entire fund. Right, but that's not granted. That part isn't. All the court orders is that the money be paid to the lawyer. Well, he grants Mr. Crowley's motion, and then it says, further ordering this to be So it's a little strange that he grants the motion, but then only directs that money to be distributed from the court registry. So is there a complaint about this entry then? No, Your Honor. Okay. Then there's this mysterious money sent to the Treasury and money sent back. And this is the basis, or somehow connected to the telephone call in which he's told that the money's been transferred to the Treasury. Is that right, or what? That is not, so yes. So he alleges, and he doesn't give us a specific time period for that allegation, but he alleges that sometime during that period, he called, they told him at one point that it went to the D.C. Office of Unclaimed Funds, and then at another point that it went to the U.S. Treasury. So this is complaints about behavior of the clerk's office, not about behavior of any judge. Is that right? It's not clear that it's about the clerk's office, Your Honor. Then who's it about? I'm not sure. I think it's just court administration generally. I'm not sure whether he was on the phone with the clerk's office, and it's not clear that the clerk's office at that point was the one controlling the funds or where the funds went. Okay. Now with respect to the, he then moves to the return of the money, and I take it, and that order is denied by Judge Green, right? 2008. And that would be, the non-motion return money paid to court register entered on the docket. What does that mean? Not clear, and that's the only information we have about that entry. I'm not sure if he was asked to. Was that a motion to get the lawyer's money back into the court or something else? It reads like it was a motion to order his money back into the court, and it could be because they told him that it had gone somewhere else, that he filed that motion. But I just don't want to say for sure that it wasn't a motion to pay it from the court registry because he sort of filed motions differently. But I agree with you, Chief Judge Garland, that it reads more like an order to pay the money back into the registry. All right. And then the next thing of importance doesn't happen until 2014 when there's some proceedings that eventually lead to the distribution of the money. All right. Now, up until that point, what is it with respect to the money that his complaint is complaining about? Up until the 2014? Well, I take it that starting in 2014, he eventually wins and he gets his money back, right? And that is pursuant to a judgment of a court, Judge Motley, right? An order of the court. A Rooker-Feldman judgment, right? That is, he can't challenge Judge Motley's determination. Well, what I would say about that, Chief Judge Garland, is that you can't challenge his determination for Rooker-Feldman purposes. You can't review and overturn the judgment. But what is not barred under Rooker-Feldman is a challenge to rules or procedures that the court applied or construed. And so Skinner Research, as cited in our brief, goes to this point where the plaintiff in that case had a loft in Texas court under a Texas statute for DNA post-conviction testing. He then brought a claim saying this statute is unconstitutionalized. The courts have construed it and the Supreme Court said, that's not a Rooker-Feldman problem because you're not asking us to overturn the decision. You're simply challenging as unconstitutional the statute that they authoritatively construed. So even if it's true that the court was applying some procedures, and we don't know that here, in disbursing the money, that isn't something that would be barred by Rooker-Feldman. I agree with you, Chief Judge Garland, but if he was saying... I'm not following exactly what happened. My understanding from reading Judge Motley's both opinion and from the hearing is Judge Motley said, I give you all the money that's in the register, I can't give you any more. Right? And if you want to do something, sue the district court. So what is the nature of the complaint? The nature of the complaint is that had there been the proper procedures in place that complied with due process, and separately the proper procedures for accommodating mentally disabled litigants, then he would have gotten his money 14 years earlier. He wouldn't have had to go back to the court over and over again to seek in particular litigation accommodations or the money to be disbursed. Then you're not objecting to Judge Motley's order at all? No, Judge Motley's order... He's not challenging Judge Motley's order. He won in Superior Court. What I wasn't understanding was, I have to say from reading the briefs on the property side, it looks like he's objecting to specific things that happened, not to policies. I don't see the word policy anywhere in the complaint. I do see it with respect to the ADA issues, but not with respect to the property. And just hold for one second, so I can tell you how I'm reading it and you can tell me why I'm wrong. I'm reading the property complaints as being... I'm going to use clerk's office in general, but I don't know what the actual office is, but failure to give him the money, misleading him as to where the money is, that sort of thing. Very specific things, and I agree that those are not Brooker Feldman-ish. They're not covered because they're not in judgment by any court that says he can't do any of those things. But I'm not seeing a claim about policy. Do you want to point me to where that is or where you get that idea from? Yes, Your Honor. So, two important paragraphs for the whole complaint are paragraphs five and six, because that's where he sets forth what the joint committee is and makes clear that it's an administrative entity that is responsible for setting policies. And he said at the end of paragraph five that when he uses the phrase... What page are you on? It's the complaints at paragraph five. Defendant joint committee is the policymaking body. Is that the paragraph you're talking about? It's the policymaking body, yes. And where is the sentence that says... And so, if you look to the end of that paragraph, he says, and he says this is what it does. These are all of the entities that it encompasses, and... The last sentence says these components comprise the District of Columbia courts. Here and after referenced as D.C. courts. So, that's his shorthand throughout the complaint for referring to the joint committee as an administrative entity. And so, if you look to paragraph 19, which is part of his property related claims, and especially paragraph 19B, which is page four of the complaint, this is where he sets references back to the D.C. courts as an... It's not written next to it, not a policy. That's the point. So, it says courts, the D.C. courts persistently mislead him, and his attorneys falsely advised him. Those are all those specific things. I'm not sure why it matters. I mean, I'm not sure from your point of view that it would be better to make an argument about policy than specific things. But I don't see anything here about policies. Not policies, but I do think the gravamen of it is a lack of procedures. And so, whether it's procedures or lack of procedures. Hold on. I don't see... Clearly, you couldn't amend the complaint if we send it back to add that. But I don't see anything about a lack of procedures. I see this about very specific things that were done to him, not by a judge, but by an administrative agency, misleading him, giving him wrong information, telling his lawyers false things, so that he can't get his money. I'm not seeing any lack of... He's very specific about lack of policies with respect to disability issues. I'm not seeing it here. Your Honor, again, I think reading it generously, and you're right. He could amend, and the Joint Committee has said it will file a motion to dismiss. It hasn't even done that yet. He can request leave to remand, and these issues can all be worked out in the district court, and that is the right answer here. But I think reading it generously, what he is trying to say is that the District of Columbia court system, whether it's by procedures that were in place, and we don't know what they are because there's been no development of this, or a lack of procedures, rather than cleanly directing him to where his money was, they were misleading him here and there. I can't read it that way. The only way I can read it is a series of unfortunate events, perhaps intentionally unfortunate events, but nonetheless a series. Isn't your argument that those two are not precluded? Those actions by the clerk's office, wherever it is who is telling him these things, are administrative determinations, basically a failure to give the money that the court has already said belongs to him, and to tell him it's in a different place, and that those things are not covered either by judicial immunity because they're administrative, or by Rupert Feldman for the same reason? Yes, that's absolutely correct. All right, let me take you on for that point. Assuming that is correct, your response to Judge Garland, your legal claims for this are two-fold. One, a violation of due process, right? That's right, Judge. Or a violation of due process because Mr. Crowley's property was taken. The joint committee has also phrased it as a takings claim. No, I was about to say, it's also a takings claim. Potentially, yes. Those are the two property claims, is that correct? At this stage, yes. Wait a minute. You have Ruff-Levin, and Conversion, and wrongful withholding of money. Under local law, yes, and the D.C. Unclaimed Funds Law, but I thought Judge Silberman was asking about the constitutional claims. I don't remember if he was. Oh, okay. I want to get all your claims. That's right. But a violation of due process, there was, in fact, process available, was there not? Well, he alleges that it was insufficient. Insufficient, why? If this is brought to the Court of Appeals, this problem? You mean through mandamus or some other action? Yes. He, Your Honor, he could have done that, but there may be other factors. If that is available, that's a problem for due process, is it not? On the merits, it might be, but it might be that, you know, because... Well, you have to have an allegation here. Yes, yes, Judge Silberman. And you have an allegation to the merits. Now, on the takings, you don't have a takings claim here, do you really? Because for takings, you have to have the taking for public purposes. There's no such taking. Well, there are fact questions, I think, that would have to be developed on that. This was a taking? Yes. We can read the allegation. All right. On the due process, back to the due process question, was there ever deprivation? Well, he was deprived of the funds that he had. No, but I meant for constitutional purposes. You know the line of cases starting with Parrott, which Judge Winkler subsequently switched, that negligence is not a taking. But he's not alleging that this was negligent. He's alleging that they falsely misled him. Deliberately took his money. Yes. Who got it? As to the status of the funds. Who got it? Then the federal, then the D.C. government got the money? This was a deliberate effort on the D.C. government to take his money? Well, this is a factual question. No, I'm just getting your allegation. Is that your allegation? His allegation is that the D.C. government had his money, and for a point, the U.S. Treasury had his money. And that it was a deliberate taking? Yes. Deliberate? Yes. I didn't see that allegation. Well, Your Honor, he says that they intentionally misled him as to the status of his funds. I'm sorry, as to the location of his funds. Through intentional acts to create and maintain the above-described charade to obscure his continuing possession of plaintiff's property. That's paragraph 20. That's not negligence? Correct. And the argument is that this is a 1983 claim. He acted under color of law. It's all laid out in paragraph 20. Deprived the plaintiff of his constitutional right to his property. Yes, he settled for the 1983 claims. But, of course, if he had process available, then he doesn't have a due process claim. So how does that relate to the takings claim? If you have process available, you don't have a due process claim. If you have process available, does that affect the taking claim? Well, Your Honor, not necessarily. I'm trying to think of cases on this. Wouldn't the answer be that if you have to think this hard about it, this is not something that you can find in an appellate review where there's been no briefing? Yes, there's been no briefing on this. We looked into it enough to be able to respond to the couple of paragraphs of briefing in the joint committee's brief, but none of this has been aired below. There's this report to respond to a dismissive, and so it was a sweeping jurisdictional judgment, and we simply don't have anything that's substantial on the record. Can you help me with the ADA claims, the disability claims, however, described? So one claim is that the Superior Court has an obligation to self-assess, whether or not they do or not depends on whether there's a private cause of action here. And what benefit would he have gotten from self-assessment? This was a question to Judge Silverman DeAnna. So he alleges that, fairly read, that the benefit he would have gotten is an enlargement of time, per se, as a disabled person. But had they assessed their policies and procedures, they would have known— This is not entirely speculative, and that goes to a standing question, doesn't it? Entirely speculative, what kind of policies would have been adopted? What about my hypothetical? Suppose the policy adopted was every judge should make careful consideration of disabled plaintiffs and give accommodations as appropriate. Judge Silverman, I— So that would have been response to the statute, assuming there was a legal obligation. Wouldn't that be a legitimate response? And therefore, isn't it entirely speculative as to what relief you would have gotten? I don't think it is that speculative, Judge Silverman, because the self-assessment requires you to self-assess to figure out what you need to do to give litigants meaningful access. And so I don't think it's speculative to say that one of the things they might have come up with for disabled litigants is to put in a policy in place that they, per se, get more time. I take it you're making a procedural standing claim. We had a procedural right, a right to have them self-assess in the same way that somebody who challenges a rulemaking says there was a right to have notice and comment proceedings before going forward. The plaintiff can never prove in those circumstances that he will get the rule he wants, but we always say that that is an injury to not at least have the process necessary. And I take it that that's the claim here. Your claim is that there was a process required, that the agency had to do a self-assessment. And you don't know how it would have come out. Maybe it would have helped him. Maybe it wouldn't. But you have every reason to believe that if they went forward with a good-faith process, there would be accommodations for people with disabilities. That's correct. Isn't that the argument you're making? That is the argument. And I would just add as well that under Section 35107 of the Title II ABA regulations, they should have put into place published grievance procedures. That's one thing that entities are required to do. And he says that he alleges that he asked the court to direct him to those procedures and that they told him they didn't direct him to any such procedures. Well, he didn't know as a disabled person how to go forward to get his money back. Correct. And he's saying that those would be the kind of procedures that would have been in place and he would have then looked at them and that would have helped him. Correct. Okay. Further questions? We'll hear from the other side. Thank you. May it please the Court, Adam Daniel for the Joint Committee on Judicial Administration. Mr. Crowley's injuries all flow from local court orders that he feels were wrongly decided. Finding error in restoring his judgment is a function of appellate review. Which court order said he wasn't to receive his money until, I don't know, 2017 or whatever it was he got?  The court found that he had not established his entitlement to it and he waited another six years before asking again. Where is that order? If you look at the docket here, Hunter. Do we actually have the order or only the docket? We have the order in a filing that Mr. Crowley made. It wasn't included in either of the appendixes. The order itself...  Through PACER you may, Your Honor. You are a part of the court. You're supposed to provide the court with the joint appendix which would have everything we need. We're not required or even expected to go looking through PACER or another court's docket to find it. Do we have it in front of us? No, we do not. What is it then? What does it say? The order... Could you hand it up for a minute? Yes, I do. Could you hand it up to me? Yes, sir. If you're going to rely on this, it seems like this would be something you want to provide in advance of a whole argument. Yes, sir. This says the court cannot discern on the motion presented that the moving party is entitled to the funds. This says return of money paid to court register. Which docket number is this? Yeah, which order is this? This is the disbursement denial on the docket at page 88, February 6, 2008. It's the order denying motion to return money paid to court registry. Is that it, Judge Greene? Yes. Let me just read this. Counsel, is there any question that this order could have been reviewed? That's my knowledge, sir. Do we know when the money was being held by the court, where it was, whether it was in an interest-bearing account, what happened to the time value of that money during that period? Under D.C. Rule 67, which placed the money on court registry, there's not a requirement for it to go into an interest-bearing account. And do we know whether it was an interest-bearing account? That we don't know. However, after Judge Motley granted Mr. Crowley the money, he could have appealed to address that question. We believe there are five orders we've identified which are being challenged here. The disbursement denial there, the enlargement denial in 2014, but also the discovery sanctions order that was upheld by the DCCA, the attorney's lien, or the granting of his attorney's lien, as well as the registry order actually placing the money on the registry, which Mr. Crowley received a copy of and had notice as to where the money was. Say that again. The registry order is public record. That did what? That placed the money on the court registry. And what was the date of that? That date was January 16, 2002. It's on the docket, amicus is appendix 87. So he may, in fact, have forfeited various rights obtainable through direct appeal. And it may be that his current litigation against the Joint Committee is less likely to bring him full relief. But I don't see that as accounting for Rooker-Feldman purposes. I mean, he has a different defendant here. He's raising a distinct claim. And I understand your position that had he appealed, had he obtained, for example, the time value of that money, that might have mitigated or even mooted his property-based claims, his due process claim and his taking claim. I also understand that it's an uphill battle to succeed in those claims on their merits. But I don't see, from what you've told us, how the Rooker-Feldman doctrine correctly bars his suit from going forward. Everything that he is challenging, every injury flows, his injuries certainly on the broad constitution claim, flow from court orders. Well, his position is that they don't. That he could have lived with those court orders had the court system, the administrative system of the court, helped him to access his rights within the court. That he doesn't have a quibble, actually, with what the judges did. He has a quibble with his own inability to penetrate the thicket of the court system, given his disability. On that reading, Your Honor, there's not a Rooker-Feldman issue. We don't read the complaint that way. Thank you. Can I just ask whether opposing counsel has this, and if not, could you give it to them? We see in broadly construed, we see five headings that result in claims. Under each heading, we see it as being a challenge to one of those court orders. We see the Rooker-Feldman issues come into play and being a bar to this as a de facto appeal of all of those matters. Also made several arguments on the merits. Can we go back for a second? If the clerk's office falsely gave him information, is that a Rooker-Feldman issue? There would not be a court order involved with that. I don't know what claim he would be stating with that, but that would not be Rooker-Feldman. Rooker-Feldman would relate to each of the court orders, placing the money on the registry, telling him that he couldn't have it, and then the second time, Judge Motley doing the right thing and making sure that he got his money. So they don't seem to agree with you that they're not challenging Judge Motley's order in that respect. But the complaint does say that he was repeatedly falsely told, not by the judges, that the money was in different places. And those who agree are not barred by Rooker-Feldman. So there are at least parts of this that both sides seem to agree are not barred. Does that answer what I just said? To the extent that the court reads a claim based on what the court does, yes, that would not be Rooker-Feldman. So paragraph 19, for example, says, Until approximately 2013, the defendant's superior court falsely denied possession of plaintiff Crowley's property. In furtherance of this falsehood, created a charade to obscure its continuing possession. The unlawful charade consisted of what was not limited to the following acts, and they include, I'm only looking at D as the one that is, I'm focusing on, D.C. courts persistently misled, this is the one I read before, Crowley and his various attorneys as to the location and status of the plaintiff's property. Falsely advised to convey the property to the D.C. Office of Unclaimed Funds, and other times falsely advised to convey the plaintiff's property to U.S. Treasury. So everybody is in agreement then that's not barred by Rooker-Feldman. Specifically, but we don't read that in isolation. This is a pro se complaint, and I'm actually reading it on the face, expressly. I'm not actually giving him any credit, I'm just saying, it says D.C. courts persistently, sometimes D.C. courts falsely advised that it convey this property to the D.C. Office of Unclaimed Funds. There's no court order. Would you just get directly to the point, do you agree that certain aspects of the allegations do not implicate Walker-Feldman? Specifically what you just read, Your Honor, that that piece does not. All right, so we can establish that. What is your response to those matters which are not included by Walker-Feldman? We believe those matters will clearly fail on merits, and this court may look at it and rule on that position as it would be pointless to return it. What would be specific? Specifically as to the false charge there, Mr. Crowley only asked the court for the money once. It was found on the registry, and there is a docket entry saying... How do you know he only asked once? In turn, he only asked the court for it once, and the court put the money on the registry. I don't know how many times he called on the telephone and spoke to people. That I do not know, Your Honor. And nobody knows that because we haven't gotten past a fair complaint, right? Right. So you haven't taken discovery. You don't know what he means by persistently misled, right? No, Your Honor. Okay. So we can hardly resolve that on the face of the complaint, can we? Do you agree we can't resolve that on the face of the complaint? That specifically, no, Your Honor. Yes, I agree with you, Your Honor. There's no sovereign immunity for that. There's no... I don't know what... There's nothing until we know what the actual facts are, correct? Correct. All right. Now, on the ADA complaint, what about that? He says that there is an obligation of the courts to accommodate disabilities as a general matter, not just in this case, right? And that obligation, he says, the courts have not met. Now, maybe the answer is that they have. I don't know the answer to that because we don't have any facts about them yet. But if they haven't, and if he has a private right of action, either under the regulation or under the ADA, which everybody seems to agree you can sue the Superior Court under the ADA. Is that right? What was that? Is it right that the Superior Court can be sued as an administrative agency under the ADA? We do not disagree that the ADA applies to the Superior Court. We disagree that the regulation provides a private right of action. I understand, but... You disagree that there's a private right of action, is that what you're saying? As to the regulation that he cited, yes. But not as to the statute? Not as to the statute. So, for example, if the Superior Court refused to provide elevators or any of a number of other architectural changes, you would agree that they can be sued? Yes, so that would fall squarely within the law. Right, all right. So now his argument is that, either specifically under the regulation or otherwise, that they should have policies which would allow disabled people, as a matter of course, to have extensions of time. Not extensions of time that are jurisdictionally barred, but extensions of time. That is not a Rooker-Feldman problem, right? We read this as a Rooker-Feldman problem because he did take advantage of process. He moved for the court to grant him an enlargement of time. The court denied that. But his argument is, the court denied it in a particular circumstance, right? Under the circumstances of that case, the court didn't say you never get enlargements of time. Or, I'm not giving disabled people enlargements of time. The court just denied an enlargement of time. Just like we might say, you're a minute and 22 seconds left, and if you go further, we're not going to give you any more time, right? Yes, sir. All right, so what about his argument, as a general matter, that disabled people need more time? For example, there are court cases about taking the SATs, in which the court has said that the SAT has to provide an additional time. He clearly makes that general policy-like argument. You would agree that that's not covered by Rooker-Feldman, yes? Yes, sir. Okay, and that's also not covered by sovereign immunity, correct? Because it's decided in the administrative role of the court. We haven't briefed or looked at the sovereign immunity aspect, so I'm simply not prepared on that. I think maybe we're referring to judicial immunity. I'm sorry, judicial immunity. My bad. Sorry. Judicial immunity. In the administrative role to promulgate the regulation that is being approached, not as we've brought judicial immunity. All right, so then what is your next argument? Let me just step back to Judge Garland's question. The judge in the order that you referred to specifically dealt with the claim that the plaintiff needed more time. Isn't that correct? He asked for more time. He asked for more time, and he was denied. That's what I'm saying. Now, that is a judicial ruling. There's no question about that. His argument, I gather, is if there was this procedure, that ruling would have been modified. If there had been this procedure beforehand, whereby there had been a discussion, then that judicial decision would have been modified. Is that correct? Do I understand Judge Garland's dialogue with you? I suppose probably asking you that question is not very... We don't read his complaint that way. If you read his complaint that way, it would... No, I'm going to... My point is that I can't disassociate the request for this procedural right of conferencing from the judge's ruling. Because I guess the theory is if there was this meeting of various judges in this administrative committee, they would have come out with some kind of rule that would have modified the judge's decision in this case. That's what I understand the complaint alleged. At best, you can tell. But that seems to me to be a worker... I can never pronounce it properly. Worker-felon issue. It's as if the district judge, Superior Court judge, excuse me, in making that decision, denying an extension of time, misread a statute. Yes. Suppose, for instance, there had been a meeting pursuant to this claim, in which the judges had gotten together and said, Disabled people should get X amount of time. And the district judge had nevertheless denied that. And the plaintiff was challenging that. That would be a worker-felon issue, would it not? Yes, Your Honor. We agree. So that's why that leads me right back to the judge's order as the key. That was the injury, and that is what we were asked to review. Yes, Your Honor. That's what we reviewed. The plaintiff's argument is, well, if there had been this meeting, the order might have come out differently. Which I think is very speculative, but even if you take it, it's nevertheless a challenge to that order. That is exactly what we reviewed, Your Honor. Is there any other order that the plaintiff looks at that couldn't have either been... that isn't a challenge to the judge's order or for purposes of due process, couldn't have been appealed to the Court of Appeals? Also in paragraph 34, subparagraph B, there's 14 further subparagraphs. All of those seem to refer to the discovery sanctions ordered by the DCC. Now, there's one thing that does trouble me. It was troubling Judge Garland, too. What about actions by the clerk's office, not the judges themselves? It is your argument in the brief, as I recall, that that's all covered by judicial immunity. Wasn't that your argument? That was our argument in the brief, yes, Your Honor. But I'm not sure. But you would agree it's not Walker-Feldman? As to the clerk's actions, absent an order, agreed. Not Walker-Feldman, yes. So what is the grounds on which the complaint should be denied for that aspect? If Your Honors read a stated claim on that ground, that would not be Walker-Feldman. Is there another ground on which it should be dismissed? Are you conceding, therefore, the case should be remanded? We're suggesting that... I'm conceding that the case should be remanded because those issues were not discussed. No, we believe you can reach the merits and find immunity for the clerk's office. Immunity for the clerk's office as part of judicial immunity. And your authority on that is what? In our brief, yes, we had a number of cases referring to how that would be developed. How what? How that would be developed. Developed by discovery, developed by... How judicial immunity for the clerk's office would exist. Which claims are you talking about then? Specifically, we're referring to the claims of the clerk's office leave under the constitutional claim. You mean on the property claim or the due process? Which are we talking about? Any takings claim has its origin in a court order. I believe we're talking about if we're to interpret a due process claim in a constitutional claim. Now you got me a little confused. The order, your basic argument that the clerk's behavior or misbehavior is covered by judicial immunity. That's your fundamental argument, as I understand it. Yes, sir. With respect to any claims, constitutional or whatever. Is that correct? That's how we briefed you, yes, sir. I think our confusion is that you tie your judicial immunity claim to the Rooker-Feldman claim insofar as you say by the same token that the Rooker-Feldman claim stands on your characterization that plaintiff is attacking the orders. So, too, if the plaintiff is attacking the orders, those are judicial orders and immunity applies. But I think where we are is saying, well, assuming that we disagree and that he's not attacking the orders, at least that his complaint can be read to be attacking administrative proceedings apart from the court orders, you don't have any claim of immunity against that. The claim is so framed, do you? I don't believe so, Your Honor. So you would concede that a claim against the clerk's office by itself is not covered by judicial immunity. If we should have a clerk that was on a frolic of her own and turned down complaints that were filed by men with red hair and then we sued, would that be covered by judicial immunity? I don't believe so, Your Honor. No. So then you're giving up on that part. So why should we affirm the district judge throwing out a claim against the clerk's office on Worker Feldman? Aren't you conceding we should not and we should remand? Construct the complaint that way. We don't disagree that that would be Worker Feldman. Well, why shouldn't we concede the complaint that way? We read the complaint as specifically trying to get at those orders. The judge's orders? Yes. Isn't one directed against the clerk's office? In terms of, I believe we were talking about 19D, is that? That read alone, there's no court order associated with that. Yes. Okay. Further questions? Okay. Time left for the other side. We'll give you another couple of minutes. Do you want to talk about that document that was just passed to you? And also, if you give the court after the argument, three copies of the document. We'll provide it to everyone. Thank you, Your Honor. Your Honors, on the document which, as the judge here says, we're seeing now for the first time, but he was passed the first sentence, which says, cannot discern on the motion presented that the moving parties entitled to the funds. He later says on this motion, the court cannot find, it has jurisdiction to order any return of funds that may now be in possession of the United States Treasury. So if you just read a little further down in the order, this is precisely the problem that Mr. Crowley had, is that the same thing that Judge Motley told him in 2014, which is that the court's authority ends at its ability to disperse those funds. To the extent that they were in the U.S. Treasury, the court told him that that's not something that he could deal with in this lawsuit. And that's why we're here. That's why he's suing the joint committee. So let me go back to one series of questions between going back to Judge Garland and myself. Let's assume the D.C. Council had passed a statute effectuating the statute, the rehabilitation statute, or that the group had met beforehand, the group that you would, the administrative group had met beforehand and come out with a series of standards by which Superior Court judges should behave with disabled. And the district judge in this case had misapplied those, clearly misapplied those. Would we have jurisdiction to consider that? Your Honor, if it was a challenge to the constitutionality of that rule or to the lawfulness of that rule wholesale, yes, we would have jurisdiction. Even though the district court ruled on it and got it wrong? Yes. We can review directly the district court's misapplication of the statute and constitution. Why is that directly counter to what could come? Well, the court said again, and Skinner v. Switzer cited in their brief that a court could have applied the rule that you are challenging wholesale, whether it's under the constitution or under some other legal provision. No, the rule was perfectly sound. It's the district judge who got it wrong. Oh, I see, Your Honor. You're saying if the, he's not challenging the rule, he's only challenging the. He's challenging the district judge's application of the rule. The district judge ignored the rule that was adopted by the committee. Yes, that would be closer, I think, to the Rupper-Feldman line if the district court. It would be clearly Rupper-Feldman. Yes, Your Honor, but that's not what's happening here. I'm not sure there's a distinction. You can challenge. You're saying this should have happened and if it happened, the district judge would have behaved differently. He's challenging the constitutionality and legality of the court's administrative procedures and also of the clerk's or whatever office it was sitting in, you know, the fund sitting there for 14 years. He's not challenging any application of any procedure that a court applied. Let me go back to the property for 14 years. What's your theory on that? I'm sorry, 13 years. Whatever. In 2002. What is your legal theory for your suing the clerk's office at that point? Who is being sued? He's suing the joint committee as an administrative entity, the policymaking entity for the D.C. court. Because the property was sitting for 13 years. Correct. And your theory is if they come out with some kind of rule dealing with disabled people, it would have had an impact on that decision. Well, the separating for a second the property. Again, I have a problem. If they come out with a rule saying you've got to be very careful with disabled people concerning property that's sitting at court, if you expedite procedures to do this, and the judge is just neglected to do that. Well, he's not. If that had happened. If that had happened. Would that be Walker Felden? If the court had, if there was a procedure in place saying disabled litigants should not get their money. No, no. If there was a procedure in place that said you should be very careful to make sure disabled people get money, right? And the district judge had not, the Superior Court judge, I keep making that mistake, the Superior Court judge had not followed that. Would that be Walker Felden? He could. That would be closer to the Rooker Feldman line. If what he's asking you to do is overturn that judgment. But again. Review that judgment. Correct. But again, he could challenge, which is what he's doing here, he could challenge the rule. He could challenge the rule more broadly. Even if the court had applied the rule in a way, in the case that he thought was wrong. Really? Can I ask some questions about this? So on the question Judge Sullivan is asking you, he's assuming that the district Superior Court judge would have ignored the rule. But let's start from what I understand you're asking. You thought that the court as a whole, as an administrative body, should ever rule saying disabled people, for example, always get more time. The Superior Court judge did not rule on any such rule. So you're entitled to assume that if they had that rule, the court would have followed the rule. We don't normally begin with the theory the Superior Court judge will ignore a rule. So your argument is they should have had a rule that would always give disabled people an extension of time. That's not speculative to believe that Superior Court judges would have followed the rule and therefore he would have gotten additional time. That's precisely what he's asking. So that's the entry in that sense. Now, the other question I have is, in the cases that you've given examples of, like the DNA testing in Switzerland, like the attack on the bar rules, the reason that an additional reason in some of those circumstances, but that's the principal reason, is that those people still have further things that they can do, right? That person in the Supreme Court case could now apply again for a admission without a bar, even though he'd been denied in the past. And if that rule is unconstitutional, he has a chance in the future to get it. And likewise, in the DNA circumstance, totally separate from the criminal case, he can demand his DNA evidence. Is there an allegation here that Mr. Crowley is going to continue to litigate in Superior Court and so he needs these in the future? Because there is a statement that says, all the way up until the present. And I'm not sure, has there been any development of this with respect to Stanley? No, not that we know of, Your Honor. And when he said up until the present, that was in February 15 when he filed the federal complaint. And that was immediately after Judge Motley told him, this case is closed. So he's not making an argument that he wants policies in the future. He's making an argument that there should have been those policies in the past and that odds are he would have benefited. But the consequence is not to give him another shot at the defendants in his court case, but rather a shot at the Treasury and the District of the Superior Court. That's exactly right, Chief Judge Harland. It's an entirely different defendant, a different set of legal claims. The Joint Committee was not involved at all. Since the tort litigation that started in 1985, and the funds then sat there for 13 years after 2002, which the district now admits that they didn't have any claim to those funds. So they should have gone to him at that point. And your argument about this particular document is that the judge understood from whatever representations were made to her, that the money was no longer there,  Is that what you're saying? And the problem is that whoever moved the money did it without the judge's authority? I'm just looking at it for the first time now, but it does say on this motion, the court cannot find it has jurisdiction to order any return of funds that may now be in possession of the United States Treasury. And there isn't any docket entry from a judge to directing that the money be sent to the U.S. Treasury? No, that's where we have that 2005 docket entry, which is at page 88 that just says, and it wasn't by any order of the court, but it just says, court escrow funds transferred to the U.S. Treasury voided undeliverable. That's all we have with respect to that. I think I understand now because of your dialogue with Judge McClellan. Your argument basically is that if the committee had acted, the orders of the superior court judge would have been different. That's your basic argument? They certainly might have been different orders. No, that's your argument. That's why you're injured. Because if that group had met and come out with rules and policies, these orders that caused injury would have been different. Correct, but I think even more broadly what he's saying is what he's alleged to be. Yes, Your Honor, I think that's right. That's what I thought. Or wouldn't have been necessary because the situation wouldn't have gotten to them. That's exactly right. I didn't want to go down the rabbit hole again. Not a rabbit hole. He says very clearly in his allegation. We're making some progress here. He says very clearly in his complaint, in the allegations in his complaint, that if these procedures were in place as a baseline matter, litigants in his position would not have to litigate this over and over again. As an administrative matter, he would have had this. So the orders would have been different. The orders? The orders from the Superior Court judges would have been different. Yes, and the actions, it wasn't just orders of the Superior Court. True. The actions he alleged he was calling, those would have been different, too. Yes, there are other things. Right. Right. Okay. Okay, looks like we've given a large extension of time for everybody here, and we're going to now take a break while facilities required for this case are taken out and the next group moves on. Thank you. Excuse me.
judges: Garland, Pillard, Silberman